**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANETTE BARTLETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. ED CV 12-1240 JCG<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: April 30, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jay C. Gandhi
　　　　　　　　　　　　　　　　　United States Magistrate Judge